UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OTIS R. ELION, | |
| Petitioner, | |
| v. | Civil No. 17-cv-892-JPG |
| UNITED STATES OF AMERICA, | Criminal No 06-cr-40061-JPG & 16-cr-40046-JPG |
| Respondent. | |

## **JUDGMENT**

This matter having come before the Court and the Court having declined to exercise its jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Otis R. Elion's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed without prejudice and without costs.

**DATED:** August 28, 2017      JUSTINE FLANAGAN, Acting Clerk of Court

                                                   s/*Tina Gray*, **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**